33 So.2d 281

**Talmadge SEWELL v. STATE.**

**2 Div. 760.**

Court of Appeals of Alabama.
Nov. 4, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 904

**Junior SHERRILL v. STATE.**

**7 Div. 870.**

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 904

**G. S. SHOCKLEY v. STATE.**

**7 Div. 871.**

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 872

**Frances SHORT v. STATE.**

**I Div. 571.**

Court of Appeals of Alabama.
April 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

34 So.2d 872

**Virginia SHORT v. STATE.**

**I Div. 572.**

Court of Appeals of Alabama.
April 6, 1948.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

35 So.2d 925

**Bert F. SMELLEY v. STATE.**

**6 Div. 505.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.